IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-v-

17-CV-6167L

THE PREMISES AND REAL PROPERTY
WITH ALL BUILDINGS, APPURTENANCES,
AND IMPROVEMENTS, LOCATED AT
90 EAST LAKE ROAD, MIDDLESEX,
NEW YORK, THAT IS, ALL THAT TRACT
OR PARCEL OF LAND SITUATED IN THE
TOWN OF MIDDLESEX, COUNTY OF
YATES, AND STATE OF NEW YORK,
AND MORE PARTICULARLY DESCRIBED
IN A CERTAIN DEED RECORDED IN THE
YATES COUNTY CLERK'S OFFICE UNDER
INSTRUMENT NUMBER 2012-00000634 IN
BOOK OF DEEDS VOLUME 639 AT PAGE 191,

Defendant.

## STIPULATION EXTENDING TIME TO FILE CLAIM
### IN A FORFEITURE ACTION

IT IS HEREBY STIPULATED AND AGREED by and between the United States of

America by James P. Kennedy, Jr., United States Attorney for the Western District of New

York, Grace M. Carducci, Assistant United States Attorney, of counsel, and Carl A.

Steinbrenner, Esq. as attorney for 90 East Lake LLC, that the time for 90 East Lake LLC to

file its Claim in the above captioned case shall be extended until February 28, 2018.

JAMES P. KENNEDY, JR.
Acting United States Attorney
Western District of New York

DATED: 8 31 , 2017

By:  GRACE M. CARDUCCI
Assistant U.S. Attorney
United States Attorney's Office
Western District of New York
500 Federal Building
100 State Street
Rochester, New York 14614
(585) 263-6760
Grace.Carducci@usdoj.gov

DATED August 31, 2017

CARL A. STEINBRENNER, ESQ.
STEINBRENNER LAW OFFICES, LLC
104 Troup Street
Rochester, New York 14608
(585) 730-7357
csteinbrenner@steinbrennerlaw.com

**IT IS SO ORDERED**:

DATED September 1 2017 , at Rochester, New York.

HON. DAVID G. LARIMER
United States District Judge

2